UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL A. JACQUES,<br><br>  Defendants. | No. 2:23-cv-01230-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 6, 8) |

Plaintiff Earon Drevon Davis proceeding *pro se* and *in forma paurperis*, initiated this civil action on June 27, 2023. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order (Doc. No. 6) be denied. (Doc. No. 8.) In particular, the magistrate judge found that plaintiff's motion merely "argues that several of his rights were violated during the pendency of his family law matter," but the motion does not address any of the requirements for obtaining an order granting injunctive relief, namely, that plaintiff is likely to succeed on the merits of his claims and would suffer irreparable harm absent the issuance of a temporary restraining order. (*Id.* at 5.) Moreover, the findings and recommendations concluded that plaintiff has not demonstrated a likelihood of success on the merits because plaintiff has failed to state a cognizable claim for relief in the operative first

1

amended complaint. (*Id.*) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) On October 31, 2023, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 11.)

In his objections, plaintiff does not meaningfully address the pending findings and recommendations. Rather, plaintiff merely restates the arguments that he had presented in his motion for a temporary restraining order and that the magistrate judge already rejected in the findings and recommendations. Plaintiff's objections simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 24, 2023 (Doc. No. 8) are adopted in full;
2. Plaintiff's motion for a temporary restraining order (Doc. No. 6) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2