UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL A. JACQUES, et al.,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01230-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 12, 19) |

　　　　Plaintiff Earon Drevon Davis, proceeding *pro se*, initiated this civil action on June 27, 2023. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 4, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment (Doc. No. 12) be denied as premature because defendants have not been served with the summons and complaint in this action. (Doc. No. 19.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no objections have been filed, and the time in which to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on June 4, 2024 (Doc. No. 19) are adopted in full; and

2. Plaintiff's motion for default judgment (Doc. No. 12) is denied.

IT IS SO ORDERED.

Dated: __**July 8, 2024**__   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE