UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS, | Case No. 2:23-cv-1230-DAD-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL A. JACQUES, *et al.*, | |
| Defendants. | |

Plaintiff was previously granted leave to proceed *in forma pauperis*. ECF No. 8. Judgment was entered in this action on November 7, 2024. ECF No. 36. Plaintiff subsequently filed a notice of appeal and a request to proceed in forma pauperis. ECF Nos. 37 & 38.

The Federal Rules of Appellate Procedure provide that:

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization unless the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis . . . .

Fed. R. App. P. 24(a)(3). This court has not certified that plaintiff's appeal is not taken in good faith and has not otherwise found that plaintiff is not entitled to proceed on appeal *in forma pauperis*.

1

Accordingly, it is hereby ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* on appeal, ECF No. 38, is denied as unnecessary.

IT IS SO ORDERED.

Dated:   December 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2